**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Fabian PINEDA-GARCIA,**
**Defendant-Appellant.**

**No. 17-12435**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(December 8, 2017)

C. Brock Brockington, Lawrence R. Sommerfeld, U.S. Attorney Service—Northern District of Georgia, U.S. Attorney's Office, Atlanta, GA, for Plaintiff-Appellee

Before MARCUS, WILSON and ROSNEBAUM, Circuit Judges.

PER CURIAM:

Christopher Paul Twyman, appointed counsel for Fabian Pineda-Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to

*Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pineda-Garcia's conviction and sentence are **AFFIRMED**.